IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN VAUGHAN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| versus | § | CIVIL. ACTION NO. H-12-316 |
| | § | |
| | § | |
| COMPASS BANK, et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Plaintiff's and Defendant's Joint Motion to Stay (**Instrument No. 18**) further proceedings in this case pending the decision of the U.S. Court of Appeals for the Fifth Circuit in *D.R. Horton, Inc. V. N.L.R.B.*, Appeal No. 12-60031. Accordingly, the captioned case shall be **ADMINISTRATIVELY CLOSED**. The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate. A copy of this Order shall be attached as an exhibit to any motion to reinstate.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 11th day of July, 2012, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE